JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-10780-SB (PLAx) | Date: | 3/3/2021 |
|---|---|---|---|

| Title: | *Sonia Barrientos v. Tate & Kirlin Associates, Inc.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **ORDER DISMISSING CASE**

    The Court has reviewed the parties' joint stipulation of dismissal. (Dkt. No. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff's individual claims are **DISMISSED with prejudice** and the putative class claims are **DISMISSED without prejudice**.

    **IT IS SO ORDERED**.